IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## GOVERNMENT EXHIBIT LIST

Case No. 2:17cr00335　　　　　　　　Judge David Stewart Cercone

Caption:　United States of America v. Devan Abrams, et al.

Date of Hearing:　February 16, 2018

Court Reporter:　Juliann Kienzle　　　　Law Clerk:　Mark Mohney

Attorney for Government:　　　　　　Attorneys for Defendants:
Brendan T. Conway, AUSA　　　　　　Chad Seigel, Esquire (Khizgilov)
　　　　　　　　　　　　　　　　　　Joseph Tacopina, Esquire (Khizgilov)
　　　　　　　　　　　　　　　　　　Jason Lampert, Esquire (Abrams)
　　　　　　　　　　　　　　　　　　Stephen Turano, Esquire (Shaulov)

Government

| No. | Id. | Ad. | Description |
|-----|-----|-----|-------------|
| A   | X   | X   | Memo        |
| B   | X   | X   | Statement   |
|     |     |     |             |
|     |     |     |             |
|     |     |     |             |
|     |     |     |             |



**FOOD AND DRUG ADMINISTRATION**

Office of Criminal Investigations
New York Field Office
10 Exchange Place, Suite 804
Jersey City, NJ 07302

Memo to File

December 19, 2017
Case: Rablon
Case #: 2016-PIP-715-0007

On December 19, 2017, Roman Shaulov was arrested at his residence, 2795 Shore Parkway, Apt. #4D, Brooklyn, NY 11223 by FDA-OCI Special Agents Comerford, Valerio and Frye at approx. 0700 hours. At approx. 0720 hours, Shaulov requested if he could call his attorney from his iPhone. I agreed with the understanding that I would make the call and speak to the attorney. Shaulov found the number in his contacts named "Chad Layer, 917-407-0352". It is suspected that this was the number for attorney Chad Segal, who was at the initial appearance later this same day (Segal represented Azad Khizgilov at the hearing and Shaulov was represented by attorney Jason Lampert). I attempted to call Segal several times from his iPhone but there was no answer. I eventually left a message requesting the attorney call SA Sean Grillo at his convenience. Shaulov was transported to the Eastern District of New York for processing and his initial appearance without incident.

Matthew Comerford
Special Agent

GOVERNMENT EXHIBIT
A

SA Grillo went to the residence of Abrams. SA Grillo knocked on the front door which was opened by Abrams. Abrams was the only one present inside of the apartment. Abrams was advised on the warrant for his arrest and taken into custody without incident. During the arrest, Abrams noted that both himself and SA Grillo are bald. Abrams then asked SA Grillo if he was arresting another bald individual named Garri. SA Grillo advised Abrams that if he wanted to discuss Garri's involvement he could do so through his attorney. Abrams stated this was fine and that he did not like Garri.

Abrams was escorted from his apartment building and transported to the Eastern District of New York (EDNY) court where he was processed and had his initial appearance. During the transport Abrams requested SA Grillo call his attorney Chad Segal. SA Grillo called the office number for Segal and left a message with the secretary informing her of Abrams arrest. SA Grillo was contacted a short while later by Chad Segal who stated he would be at the 2pm hearing for Abams. At the hearing, SA Grillo spoke to Attorney Jason Lampert who represented Abrams. SA Grillo turned over Abrams' coat and NY driver's license to Lampert.


GOVERNMENT EXHIBIT B